Aaron K. McClellan - 197185
Nicholas C. Larson - 275870
MURPHY, PEARSON, BRADLEY & FEENEY
88 Kearny Street, 10th Floor
San Francisco, CA 94108-5530
Tel: (415) 788-1900
Fax: (415) 393-8087

Attorneys for
SUNPODS, INC., MICHAEL GUMM, DAN JAEGER,
E-SOLAR EXCHANGE LTD., SOLARSEAL TECHNOLOGIES, INC.,
AND SOLARPOWER RESTORATION SYSTEMS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEMI-MATERIALS, CO. LTD, a Republic of Korea Corporation,<br><br>Plaintiff,<br><br>v.<br><br>SUNPODS, INC., E-SOLAR EXCHANGE LTD., SOLARSEAL TECHNOLOGIES, INC., and SOLARPOWER RESTORATION SYSTEMS, INC. California Corporations; MICHAEL GUMM and DAN JAEGER, individuals AND DOES 1-20,<br><br>Defendants. | Case No.: 11-CV-6719-PSG<br><br>**NOTICE OF MOTION**<br><br>Date: April 3, 2012<br>Time: 10:00 a.m.<br>Judge: Hon. Paul S. Grewal |

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that at the above stated date and time in the United States District Court for the Northern District of California, located in San Jose, CA, Defendants SUNPODS, INC., MICHAEL GUMM, DAN JAEGER, E-SOLAR EXCHANGE LTD., SOLARSEAL TECHNOLOGIES, INC., AND SOLARPOWER RESTORATION SYSTEMS, INC. (collectively "Defendants") will move this Court for an order dismissing Plaintiff SEMI-MATERIALS, CO. LTD's Complaint pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure ("FRCP").

Defendants will also move the Court for an Order, pursuant to FRCP Rule 12(f) striking the portions of the Complaint requesting punitive and exemplary damages on the grounds that Plaintiff

fails to establish the necessary malice, fraud, or oppression under California Civil Code §3294. Specifically, Defendants move to strike the following sections of Plaintiff's complaint:

1) Page 9, ¶ 59, "Plaintiff reasonably believes and based thereon alleges that the acts and omissions of Gumm and Jaeger were done with malice, fraud, and oppression and that recovery should include exemplary and punitive damages in an amount appropriate to discourage such conduct by these defendants in the future."

2) Page 10, ¶ 65, "Plaintiff reasonably believes and based thereon alleges that the acts and omissions of Gumm and Jaeger were done with malice, fraud, and oppression and that recovery should include exemplary and punitive damages in an amount appropriate to discourage such conduct by these defendants in the future."

3) Page 11, ¶ 5, "Punitive and exemplary damages in an amount to be determined."

In the alternative, because Plaintiff's complaint is woefully vague and ambiguous, Defendants will also move the Court for a more definite statement pursuant to FRCP Rule 12(e).

This Motion is based upon this Notice of Motion; the Memorandum of Points and Authorities in Support; the oral argument of counsel; and upon such other and further evidence as the Court might deem proper.

Dated: February 27, 2012

MURPHY, PEARSON, BRADLEY & FEENEY

By /s/ *Nicholas C. Larson*
Nicholas C. Larson
Attorneys for SUNPODS, INC., MICHAEL GUMM, DAN JAEGER, E-SOLAR EXCHANGE LTD., SOLARSEAL TECHNOLOGIES, INC., AND SOLARPOWER RESTORATION SYSTEMS, INC.