Shawn Tenzing Leuthold
Law Office of Shawn T. Leuthold
1671 The Alameda, Suite 303
San Jose, CA 95126
(408) 924-0132
leuthold@aol.com
Attorneys for Plaintiffs

Nicholas C. Larson
Murphy Pearson Bradley Feeney
88 Kearny Street, 10th Floor
San Francisco, CA 94108
(415) 788-1900
nlarson@mpbf.com
Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEMI-MATERIALS CO. LTD., <br><br> Plaintiff(s), <br><br> v. <br><br> SUNPODS, INC., <br><br> Defendant(s). | Case No. C 11-06719 LHK <br><br> STIPULATION AND [~~PROPOSED~~] ORDER TO EXTEND MEDIATION DEADLINE |

Pursuant to ADR Local Rule 6-5, Plaintiff Semi-Materials Co. Ltd. and Defendant Sunpods, Inc. by and through their respective counsel of record, stipulate and request as follows:

WHEREAS, on March 28, 2012, Honorable Lucy H. Koh granted the parties' Stipulation Selecting Mediation and thus, setting the mediation deadline to June 26, 2012;

WHEREAS, on April 5, 2012, the Court notified the parties and counsel appointing Christopher D. Sullivan as Mediator;

1  WHEREAS, pursuant to ADR L.R. 6-6, the parties on May 14, 2012, participated in a telephone conference;

WHEREAS, on June 14, 2012, the parties and mediator have agreed to extend the June 26, 2012, deadline set forth in the Order to June 28, 2012, to accommodate the mediator's schedule conflict and a party travelling from Seoul, South Korea.

Dated: June 21, 2012

MURPHY PEARSON BRADLEY FEENEY

By: */s/ Nicholas C. Larson*
Nicholas C. Larson
Attorneys for Defendant
SUNPODS, Inc.

Dated: June 21, 2012

LAW OFFICES OF SHAWN T. LEUTHOLD

By: */s/ Shawn T. Leuthold*
Shawn T. Leuthold
Attorneys for Plaintiff
SEMI-MATERIALS, LTD.

**IT IS SO ORDERED.**

Dated: June 25, 2012

*Lucy H. Koh*
Hon. Lucy H. Koh

-2-
STIPULATION AND [~~PROPOSED~~] ORDER TO EXTEND MEDIATION DEADLINE

532297.01