**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SEMI-MATERIALS CO., LTD., a Republic of Korea Corporation,<br><br>Plaintiff,<br>v.<br><br>SUNPODS, INC., E-SOLAR EXHANGE LTD., SOLARSEAL TECHNOLOGIES, INC., and SOLARPOWER RESTORATION SYSTEMS, INC., California Corporations; MICAHEL GUMM and DAN JAEGER, individuals; and DOES 1-20,<br><br>Defendants. | Case No.: 11-CV-06719-LHK<br><br>ORDER VACATING MOTION HEARING AND CASE MANAGEMENT CONFERENCE |

A hearing on Defendants' motion to dismiss is scheduled for September 6, 2012. *See* ECF Nos. 15, 27. Pursuant to Civil Local Rule 7-1(b), the Court finds this matter appropriate for determination without oral argument and accordingly VACATES the September 6, 2012 hearing. The Court will issue an order on the motion shortly. The Case Management Conference set for July 19, 2012, is also VACATED.

**IT IS SO ORDERED.**

Dated: September 4, 2012

_____
LUCY H. KOH
United States District Judge

1

Case No.: 11-CV-06719-LHK
ORDER VACATING MOTION HEARING AND CASE MANAGEMENT CONFERENCE