<div style="font-style: italic; font-weight: bold;">United States District Court<br/>For the Northern District of California</div>

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SEMI-MATERIALS CO., LTD., a Republic of Korea Corporation,<br><br>　　　　　Plaintiff,<br>　v.<br><br>SUNPODS, INC., E-SOLAR EXHANGE LTD., SOLARSEAL TECHNOLOGIES, INC., and SOLARPOWER RESTORATION SYSTEMS, INC., California Corporations; MICAHEL GUMM and DAN JAEGER, individuals; and DOES 1-20,<br><br>　　　　　Defendants. | Case No.: 11-CV-06719-LHK<br><br>ORDER DENYING DENFENDANTS' MOTION TO SHORTEN TIME |

Defendants filed a motion to dismiss the First Amended complaint on October 11, 2012. ECF No. 33. Without authorization from the undersigned judge's courtroom deputy, Defendants noticed their motion for November 15, 2012. However, the undersigned judge's scheduling procedures, as explained on the Court's website and in the San Jose Judges' Standing Order, require parties to contact the courtroom deputy when they wish to notice a motion; the courtroom deputy then assigns the parties to the next available hearing date. Accordingly, the motion was continued to the Court's next available date of February 21, 2013, the date Defendants would have been given had they followed the Court's established scheduling procedures, and Defendants were advised of the reason for the continuance. ECF No. 34.

Defendants have now filed a motion to shorten time, asking that the unauthorized date they had noticed be restored. This is not possible, as the Court's schedule is full, and is contrary to the Court's procedures that have been established to ensure fairness to all litigants. Accordingly, Defendants' motion to shorten time is DENIED.

**IT IS SO ORDERED.**

Dated: October 22, 2012

_____
LUCY H. KOH
United States District Judge