SHAWN T. LEUTHOLD
ATTORNEY AT LAW
1671 THE ALAMEDA, SUITE 303
SAN JOSE, CA  95126
TEL: (408) 924-0132
FAX: (408) 924-0134
CA STATE BAR NO. 178147

Attorney for Plaintiff, Semi-Materials Co., Ltd

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SEMI-MATERIALS CO. LTD, A REPUBLIC OF KOREA CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>SUNPODS, INC., E-SOLAR EXHANGE LTD., SOLARSEAL TECHNOLOGIES, INC., AND SOLARPOWER RESTORATION SYSTEMS, INC., CALIFORNIA CORPORATIONS; MICHAEL GUMM AND DAN JAEGER, INDIVIDUALS; AND DOES 1-20,<br><br>Defendants. | Case No.<br>C 11-06719-LHK<br><br>STIPULATION FOR DISMISSAL WITHOUT PREJUDICE |

1
STIPULATION FOR DISMISSAL

It is hereby stipulated by and between the Plaintiff and all the Defendants in this action, through their respective counsel, that the entire action shall be dismissed, without prejudice, pursuant to FRCP 41 (a).  Each party shall bear its own costs and fees.

Date:  October 25, 2012

   /s/ Shawn T. Leuthold\_\_\_\_
Shawn T. Leuthold
Attorney for Plaintiff

Date:  October 25, 2012                         Murphy, Pearson, Bradley & Feeney

   */s/ Nicholas C. Larson*\_\_\_
Nicholas C. Larson
Attorney for Defendants